CALDOR, INC., ET AL. *v.* K-MART ENTERPRISES OF
CONNECTICUT, INC., ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*George F. Carroll, Jr.,* in support of the petition.

*John H. Cassidy, Jr., Thomas A. Rouse,* and *John Rose, Jr.,* in opposition.

Submitted November 14—decided November 17, 1977

CONNECTICUT INSTITUTE FOR THE BLIND, INC. *v.*
CONNECTICUT COMMISSION ON HUMAN RIGHTS
AND OPPORTUNITIES

The motion by Sperry A. DeCew for permission to appear and to present written argument as amicus curiae in the appeal from the Court of Common Pleas in Hartford County is granted by the court to the extent that a brief may be filed.

*Sperry A. DeCew,* in support of the motion.

Submitted November 14—decided December 1, 1977

DIANE C. MAURIELLO *v.* BOARD OF EDUCATION OF
WEST HARTFORD

The plaintiff's motion for a review of the order of the trial court denying the plaintiff's motion to rectify the appeal from the Court of Common Pleas in Hartford County is granted and the relief sought herein is denied by the court.

*Martin A. Gould,* in support of the motion.

Submitted November 14—decided December 1, 1977